*In re* EDGAR MÉNDEZ RIVERA.

*Número:* CP-96-10          *Resuelto:* 4 de abril de 1997

*Manuel Herrero García*, abogado del querellado.

## RESOLUCIÓN

El 24 de octubre de 1996, mediante una opinión *per curiam*, suspendimos al abogado notario Lcdo. Edgar Méndez Rivera del ejercicio de la notaría por tres (3) meses y hasta tanto se pidiese y autorizase su reinstalación. *In re Méndez Rivera*, 141 D.P.R. 753 (1996).

Dicho término ya transcurrió. El licenciado Méndez Rivera nos ha solicitado su reinstalación al ejercicio de la notaría. Le concedimos un término a la Directora de la Oficina de Inspección de Notarías para que se expresara sobre ésta. La Directora nos recomienda favorablemente la

reinstalación. Por todo lo antes expuesto, *se concede la reinstalación al ejercicio de la notaría solicitada por el licenciado Méndez Rivera, no sin antes prevenirle contra futuras inobservancias de la Ley Notarial de Puerto Rico.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*